# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Jon T. Huseby |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 21-232 ECT/LIB |
| | ) | Date: October 29, 2021 |
| Paul John Sayers, | ) | Video Conference |
| | ) | Time Commenced: 9:05 a.m. |
| Defendant, | ) | Time Concluded: 9:13 a.m. |
| | | Time in Court: 8 minutes |

APPEARANCES:

  Plaintiff: Sarah Hudleston, Assistant U.S. Attorney
  Defendant: Doug Olson, Assistant Federal Public Defender
              X FPD         X To be appointed

Date Charges Filed: 10/26/2021        Offense: aggravated sexual assault

X Advised of Rights

on      X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is November 2, 2021 at 10:30 a.m. via video conference before U.S. Magistrate Judge Leo I. Brisbois for:
  X Detention hrg       X Arraignment hrg

X Government moves to unseal the case.        X Granted

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                           s/JAM
                                                Signature of Courtroom Deputy