UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 21-cr-232 (ECT/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL JOHN SAYERS, )<br>)<br>Defendant. ) | **ORDER FOR DETENTION** |

Defendant Paul John Sayers is charged by indictment with one count of aggravated sexual abuse, in violation of 18 U.S.C. §§ 2241(a), 1151, 1153(a). This matter came before the Court on November 2, 2021, on the Government's motion for pretrial detention pursuant to 18 U.S.C. § 3142(f)(1)(A). Defendant consented to appear at the hearing via videoconference, and he was represented by Daniel Gerdts. The Government was represented by Assistant U.S. Attorney Emily Polachek.

The Government filed a written motion for detention on November 1, 2021, seeking pretrial detention on the grounds that no condition or combination of conditions could reasonably assure Defendant's continued presence before the Court or the reasonable safety of the community. ECF No. 9. On November 2, 2021, U.S. Probation and Pretrial Services submitted a bond report that recommended pretrial detention. At the detention hearing, Defendant advised the Court, though counsel, that he does not contest pretrial detention at the present time, but reserves the right under 18 U.S.C. § 3142(f) to reopen his detention hearing if circumstances change.

Based on the record before the Court, including Defendant's present waiver on the issue of detention, the Court finds that no condition or combination of conditions can reasonably ensure Defendant's continued appearance and the safety of the community. Accordingly, the Government's motion for pretrial detention is **GRANTED**.

**IT IS HEREBY ORDERED** that:

1. The motion of the United States for detention of Defendant is granted, without prejudice to Defendant's right to reopen his detention hearing pursuant to 18 U.S.C. § 3142(f).

2. Defendant is committed to the custody of the United States Marshals for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon order of the Court or request by the United States Attorney, the person in charge of the correctional facility in which Defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with all court proceedings.

Dated: November 8, 2021            s/Leo I. Brisbois
                                   HON. LEO I. BRISBOIS
                                   United States Magistrate Judge